STATE OF CONNECTICUT *v.* WILLIAM MCDONOUGH

The state's petition for certification for appeal from the Appellate Court, 9 Conn. App. 631, is granted, with limitation.

*James G. Clark,* assistant state's attorney, in support of the petition.

*Milo J. Altschuler,* in opposition.

Decided March 31, 1987

MARTIN J. GRIFFIN *v.* BENJAMIN MUZIO, COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 10 Conn. App. 90, is denied.

*Roger J. Frechette,* in support of the petition.

*John F. Gill,* assistant attorney general, in opposition.

Decided April 9, 1987

MILLICENT A. HUFF *v.* AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, LOCAL 884

The plaintiff's petition for certification for appeal from the Appellate Court, 10 Conn. App. 1, is denied.

*Michael O. Sheehan,* in support of the petition.

Decided April 9, 1987

STATE OF CONNECTICUT *v.* LEONARD R. BENTON

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 7, is granted, with limitation.

*John R. Williams,* in support of the petition.

Decided April 9, 1987